# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED 2010 DEC -1 PM 4:13

CLERK US...
...OF CALIFORNIA

BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 10CR2253-JAH |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| Ramundo Lugo-Martinez (01), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of the Information: 31 USC 5316 & 5332; 31 USC 5317(c)(1), 5332(a)(1) and (b)(2).

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/30/10

John A. Houston
UNITED STATES DISTRICT JUDGE